

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DUSTIN M. WITHIAM

    Plaintiff,

v.                            Civil Action No. 3:08cv248

GORDONEVANS, INC. et al.

    Defendants.

### ORDER

UPON CONSIDERATION of the Joint Motion to Approve Settlement and Dismissal filed by the parties, it is hereby

ORDERED that the settlement agreement agreed to by the parties is approved and that this case is dismissed with prejudice, each party to bear its own attorneys fees and costs.

ENTERED this 31st day of July, 2008.

/s/
James R. Spencer
Chief United States District Judge

1